be mailed to said attorneys.

DATED this December 15, 2009

Respectfully submitted,

TIFFANY & BOSCO, P.A.


By  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Movant

Copy of the foregoing
Mailed on December 15, 2009, to:

Joel N. Packard and Pamela Sue Packard
3009 North Snow Cap
Flagstaff, AZ  86001
Debtors

Carson Thomas Harrington Emmons
123 N. San Francisco St.
Ste. 300
Flagstaff, AZ  86001
Attorney for Debtors

Lawrence J. Warfield
P.O. Box 14647
Scottsdale, AZ  85267
Trustee

Internal Revenue Service
210 E. Earll Drive
Stop 5012
Phoenix, AZ 85012

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By: LaTricia Martin

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-50431

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 2:09-bk-13768-RTBP |
| Joel N. Packard and Pamela Sue Packard<br>    Debtors. | Chapter 7 |
| Nationstar | PROPOSED ORDER |
|         Movant,<br>    vs. | |
| Joel N. Packard and Pamela Sue Packard, Debtors;<br>Lawrence J. Warfield, Trustee. | |
|         Respondents. | |

   Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

   IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated with respect to that certain real property which is the subject of a Deed of Trust dated January 29, 2007 and recorded in the office of the Coconino County

Recorder's Office wherein Nationstar is the beneficiary and Joel N. Packard and Pamela Sue Packard have an interest in, further described as:

> The South 53 feet of North 106 feet of that portion of the Southwest quarter of the Southeast quarter of Section 11, Township 21 North, Range 7 East of the Gila and Salt River Base and Meridian, Coconino County, Arizona, described as follows:
>
> Beginning at the Soutbeast corner of Lot 1, Block 2, of Sunnyside North Annex No 3, according to the Plat of record in the office of the County Recorder of Coconino county, Arizona, recorded in Book 2 of Maps, page 60,
>
> Thence Southerly, 317..55 feet along the Westerly line of Center Street, as shown and delineated on the map of said Sunnyside North Annex No~ 3, to the Northwe~;t corner of tbe intersection of said Center Street and Sixth Avenue, as also shown and delineated on the maps of said Sunnyside North Annex No.3;
>
> Thence Westerly along tbe North line of said Sixth Avenue, 128.07 feet to the Southeast corner of that certain parcel described in Docket 1307, page 487, record:i of Coconino County, Arizona, (Rl);
>
> Thence Northerly along the East line of said Rl, a distance of :S17.55 feet to the Southwest corner of said Lot 1;
>
> Thence Easterly along the South line of Lot 1, a distance of 130..59 feet to the True Point of Beginning.

IT IS FURTHER ORDERED Nationstar its assigns and/or successors in interest its assigns and/or successor in interest is hereby authorized to take whatever state law or contractual rights it may have in the above legally described property, in its discretion.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT